

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-23-00049-CV |
|  | § | Appeal from the |
| A.P.H. and J.E.H., | § | 261st Judicial District Court |
| Children. | § | of Travis County, Texas |
|  | § | (TC# D-1-FM-20-002539) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. It appearing to this Court that Appellants are indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MAY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.